1 ANDRÉ BIROTTE JR.
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
JASON K. AXE
4 Assistant United States Attorney
California Bar Number 187101
5     Federal Building, Suite 7516
    300 North Los Angeles Street
6     Los Angeles, California 90012
    Telephone: (213) 894-8827
7     Facsimile: (213) 894-7819
    E-mail: Jason.Axe@usdoj.gov
8 Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | No. CV 13-03526 RZ |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

/ / /

/ / /

IT IS SO ORDERED that pursuant to the separately filed Stipulation for Compromise Settlement, this action is hereby dismissed with prejudice. Each party to bear its own costs and fees. The Court will retain jurisdiction over this action for 60 days from the date of the filing of the Stipulation for Compromise Settlement for the sole purpose of enforcing the settlement agreement.

DATED: _October 08, 2013___

UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant
United States of America