1 ANDRÉ BIROTTE JR.
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
JASON K. AXE
4 Assistant United States Attorney
California Bar Number 187101
5     Federal Building, Suite 7516
    300 North Los Angeles Street
6     Los Angeles, California 90012
    Telephone: (213) 894-8827
7     Facsimile: (213) 894-7819
    E-mail: Jason.Axe@usdoj.gov
8 Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | No. CV 13-03526 RZ |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

/ / /

/ / /

1  IT IS SO ORDERED that pursuant to the separately filed Stipulation for
2  Compromise Settlement, this action is hereby dismissed with prejudice.  Each
3  party to bear its own costs and fees. The Court will retain jurisdiction over this
4  action for 60 days from the date of the filing of the Stipulation for Compromise
5  Settlement for the sole purpose of enforcing the settlement agreement.

9  DATED: _October 08, 2013___

_____
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant
United States of America